**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **JEFFERY MEEHAN**<br><br>**Plaintiff,**<br><br>**v**<br><br>**CITY OF FOREST PARK in its official capacity; WALTER FREEMAN, individually; CHRISTOPHER SIMMONS, individually; CHRISTOPHER WALTRIP, individually; ERIC McCLELLAND, individually; TIMOTHY PIGATE, individually,**<br><br>**Defendants.** | ) | **Civil Action File No.: 1:15-CV-02706-ELR** |

**PLAINTIFF'S REPLY TO DEFENDANT CHRISTOPHER WALTRIP'S MOTION TO DISMISS**

**COMES NOW Plaintiff**, and replies to Defendant Christopher Waltrip's Motion to Dismiss, and shows the Court plaintiff has no objection to Defendant Christopher Waltrip's Motion to Dismiss. Defendant Christopher Waltrip's name was erroneously included in the style of the case and therefore should be dismissed from this action.

Respectfully submitted, this 12th day of August, 2015.

BULLMAN LAW GROUP, LLC

*/s/ Mark B. Bullman*
Mark B. Bullman
Georgia Bar No. 094376

7000 Peachtree Dunwoody Road, NE
Building 15, Suite 200
Atlanta, Georgia 30328
(770) 563-9300 Voice
(770) 563-9330 Facsimile

ISENBERG & HEWITT, P.C.

*/s/ Melvin L. Hewitt*
Melvin L. Hewitt, Jr.
Georgia Bar No.350319
Attorneys for Plaintiff

7000 Peachtree Dunwoody Road, NE
Building 15, Suite 100
Atlanta, Georgia 30328
(770) 351-4400 Voice
(770) 828-0100 Facsimile

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on August 12, 2015, I electronically filed the attached with the Clerk of Court using the CM/ECF system; I also served all parties of record by placing a true and correct copy of the within and foregoing in the United States mail, with adequate postage affixed thereto to ensure delivery, and properly addressed as follows:

Harvey S. Gray / Matthew A. Ericksen
Gray, Rust, St. Amand, Moffett & Brieske, LLP
950 E Paces Ferry Rd, Ste 1700
Atlanta GA 30326

Phillip E. Friduss
Hall Booth Smith, PC
191 Peachtree Street NE, Ste 2900
Atlanta GA 30303

In addition, counsel for Defendant certifies that the foregoing complies with the font and point size requirements of Local Rule 5.1(c).

ISENBERG & HEWITT, P.C.

/s/ Melvin L. Hewitt, Jr.

MELVIN L. HEWITT, JR.
Georgia Bar No. 350319
7000 Peachtree Dunwoody Rd Ste 15-100
Atlanta, Georgia 30328
(770) 351-4400 Telephone
(770) 828-0100 Facsimile